[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11794

_____

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff-Counter Defendant-Appellee,

*versus*

M.D. FRED A. LIEBOWITZ,

Defendant-Counter Claimant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:20-cv-00276-JES-MRM

_____

2                    Opinion of the Court                    22-11794

Before GRANT, TJOFLAT, Circuit Judges, and HUFFAKER,* District Judge.

PER CURIAM:

Dr. Fred A. Liebowitz appealed the district court's denial of his motion for judgment on the pleadings (Doc. 59), its denial of his motion for summary judgment and partial grant of summary judgment for Metropolitan Life Insurance Company (Doc. 103), its opinion and order entering judgment for Metropolitan Life after trial (Doc. 121), its judgment (Doc. 122), and its amended judgment (Doc. 130).

After careful review of the record and briefs, and with the benefit of oral argument, we **AFFIRM**. The district court's well-reasoned and thorough opinions and orders are appended.

---

* Honorable R. Austin Huffaker, United States District Judge for the Middle District of Alabama, sitting by designation.